B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Massachusetts

In re  **Herring Creek Acquisition Company, LLC**                              Case No. _____
                                                    Debtor(s)                  Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Porter Anderson<br>PO Box 378492<br>Key Largo, FL 33037 | Porter Anderson<br>PO Box 378492<br>Key Largo, FL 33037<br>305-453-9366 | | | 24,500,000.00<br>(14,500,000.00 secured)<br>(5,100,000.00 senior lien) |
| William Beckers<br>2220 Santiago Drive<br>Santa Barbara, CA 93103 | Bill Beckers<br>2220 Santiago Drive<br>Santa Barbara, CA 93103<br>805-963-2266 | | | 3,000,000.00<br>(14,500,000.00 secured)<br>(29,500,000.00 senior lien) |
| Nutter McClennan & Fish<br>Seaport West<br>155 Seaport Blvd<br>Boston, MA 02210-2604 | Nutter McClennan & Fish<br>Seaport West<br>155 Seaport Blvd<br>Boston, MA 02210-2604<br>617-439-2870 | | | 31,804.00 |
| R.M Packer Co., Inc.<br>Beach Road<br>PO Box 308<br>Vineyard Haven, MA 02568 | R.M Packer Co., Inc.<br>Beach Road<br>PO Box 308<br>Vineyard Haven, MA 02568<br>508-693-0900 | | | 597.00 |
| Vineyard Propane<br>PO Box 729<br>Vineyard Haven, MA 02568 | Vineyard Propane<br>PO Box 729<br>Vineyard Haven, MA 02568<br>508-693-5080 | | | 425.00 |
| NSTAR<br>PO Box 660369<br>Dallas, TX 75266-0369 | NSTAR<br>PO Box 660369<br>Dallas, TX 75266-0369 | | | 403.00 |
| NSTAR<br>PO Box 660369<br>Dallas, TX 75266-0369 | NSTAR<br>PO Box 660369<br>Dallas, TX 75266-0369 | | | 209.00 |
| NSTAR<br>PO Box 660369<br>Dallas, TX 75266-0369 | NSTAR<br>PO Box 660369<br>Dallas, TX 75266-0369 | | | 74.00 |
| Verizon Wireless<br>PO Box 15124<br>Albany, NY 12212-5124 | Verizon Wireless<br>PO Box 15124<br>Albany, NY 12212-5124<br>800-897-4966 | | | 62.00 |

B4 (Official Form 4) (12/07) - Cont.

In re   **Herring Creek Acquisition Company, LLC**
                         Debtor(s)

Case No. _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| NSTAR<br>PO Box 660369<br>Dallas, TX 75266-0369 | NSTAR<br>PO Box 660369<br>Dallas, TX 75266-0369 | | | 31.00 |
| NSTAR<br>PO Box 660369<br>Dallas, TX 75266-0369 | NSTAR<br>PO Box 660369<br>Dallas, TX 75266-0369 | | | 6.00 |
| James Gerblick<br>313 Dinehard Lane<br>McCall, ID 83638 | Jim Gerblick<br>313 Dinehard Lane<br>McCall, ID 83638<br>208-315-0462 | | Contingent<br>Unliquidated<br>Disputed | 0.00<br>(Unknown secured) |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **11-12-14**              Signature   _/s/ Robert Hughes_
                                              **Robert Hughes**
                                              **Manager**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.