UNITED STATES BANKRUPTCY COURT DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order of Court

**In Re:** Herring Creek Acquisition Co., LLC     **Case Number:** 14-15309     **Ch:** 11

**Matter:**
Confirmation Hearing
#26 Debtor's Chapter 11 Plan (E. Jeffery)
#76 Objection of Santander Bank, N.A. (D. Keady)
#78 Limited Opposition of New England Phoenix Co., Inc. (L. Harrington)

**MOVANT/APPLICANT/PARTIES**

**OUTCOME:**

☐ By Agreement of the Parties

___Granted ___Denied ___Approved ___Sustained

___Denied ___Denied without prejudice ___Withdrawn in open court ___Overruled

___OSC enforced/released

___Continued to: _____ For: _____.

___Formal order/stipulation to be submitted by: _____ Date due: _____.

___Findings and conclusions dictated at close of hearing incorporated by reference

___Taken under advisement: Brief(s) due: _____ From _____.

                          Response(s) due: _____ From _____.

___Fees allowed in the amount of: $ _____ Expenses of: $ _____.

___No appearance/response by: _____.

___DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Confirmation hearing held.  For the reasons set forth on the record, the objections to confirmation are overruled and the plan is confirmed.

A separate order of confirmation will enter.

IT IS SO NOTED:                    IT IS SO ORDERED:

                                   /s/ William C. Hillman

_____            _____ Dated: 04/17/2015.
Courtroom Deputy                   William C. Hillman, U.S. Bankruptcy Judge